FILED
CHARLOTTE, NC
DEC 12 2018
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:18-CV-00190-GCM

| | |
|---|---|
| DANIEL ROBEY, PAMELA ROBEY, <br><br> PLAINTIFF(S), <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; <br><br> DEFENDANT(S). | The Honorable Graham C. Mullen |

## ORDER ON MOTION FOR LEAVE TO ENTER LIMITED APPEARANCE ON BEHALF OF DANIEL AND PAMELA ROBEY & FOR EXTENSION OF TIME TO ASSOCIATE LOCAL COUNSEL

THIS CAUSE having come before the Court upon Plaintiff's Motion for Leave to Enter Limited Appearance on Behalf of Daniel and Pamela Robey and for Extension of Time to Associate Local Counsel (the "Motion"). The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff shall have thirty (30) days from the date of this Order to obtain local counsel, establish the required Association, and to cause to be filed a motion to appear *pro hac vice*.

DONE AND ORDERED in Chambers, this 12th day of December, 2018.

Graham C. Mullen
United States Senior District Court Judge

copies provided: counsel of record