## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:18-CV-00190-GCM

| | | |
|---|---|---|
| PAMELA ROBEY<br>DANIEL ROBEY, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FEDERAL DEPOSIT INSURANCE<br>CORPORATION<br>JP MORGAN CHASE BANK, N.A.<br>TRUSTEE SERVICES OF CAROLINA,<br>LLC<br>BAYVIEW LOAN SERVICING, LLC<br>AARON ANDERSON<br>BROCK AND SCOTT, PLLC, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER COMES** before this Court on Defendant's Motion for Reconsideration. (Doc. No. 89). This matter came to this Court via transfer from the Southern District of Florida on December 6, 2018. In the Order transferring the case to this Court, the Court in the Southern District of Florida Denied as Moot Defendant's Rule 12(b)(1) and 12(b)(6) motions. Defendant now asks this Court to reconsider that ruling.

The Court summarily declines to reconsider the ruling of the Southern District of Florida. Rather than reconsider the motions as presented in the Southern District of Florida, this Court will allow Defendant to file any answer or other responsive pleading in this case with this Court, including the Rule 12(b)(1) and 12(b)(6) motions. Defendant will have twenty (20) days from entry of this Order to answer or otherwise respond to the Amended Complaint.

1

Therefore, it is **ORDERED** that Defendant's Motion for Reconsideration is **DENIED** without prejudice. Defendant will have twenty (20) days from entry of this Order to answer or otherwise respond to the Amended Complaint. This Order also rules upon Defendant's Unopposed Motion for Extension of Time. (Doc. No. 91). As such, the Clerk is directed to terminate that Motion as Moot.

**SO ORDERED**.

Signed: January 16, 2019

Graham C. Mullen
United States District Judge