# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Pamela Robey<br>Daniel Robey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00190-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal Deposit Insurance Corporation<br>et al **,** | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 4, 2019 Order.

September 5, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court